IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.  10-CV-038 |
| $84,686.88 U.S. CURRENCY, | ) |
| Defendants. | ) |

---

CERTIFICATE OF REASONABLE CAUSE

---

Upon motion of the United States and review of the entire file of this case, the Court hereby certifies that there was reasonable cause for the seizure of the defendant the eighty-four thousand, six hundred eighty-six dollars and eighty-eight cents ($84,686.88), in that it was subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C).

Executed this 26th day of May 2010.

_____
WILLIAM M. CONLEY
United States District Court Judge