IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>$84,686.88 U.S. CURRENCY,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 10-CV-038<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER OF FORFEITURE

Upon application of the United States of America, and review of the entire file in this case, the Court hereby finds:

1. The Stipulated Settlement Agreements between the United States and Bulls Eye Credit Union f/k/a Rapids Municipal Credit Union, and between the United States and Laurie Henke are incorporated herein by reference and attached to this Order of Forfeiture.

2. Laurie Henke has withdrawn all claims and answers filed by her regarding the defendant currency.

3. The government agrees Bulls Eye Credit Union has a valid claim to the defendant currency.

4. The government and Bulls Eye Credit Union agree the defendant currency

is proceeds directly traceable to monies embezzled by David K. Henke from Rapids Municipal Credit Union, in violation of 18 U.S.C. § 1344 and § 657.

5. The government agrees to pay the eighty-four thousand, six hundred eighty-six dollars and eighty-eight cents ($84,686.88) to Bulls Eye Credit Union.

IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED that:

1. All right, title, and interest of Laurie Henke is conveyed to the Plaintiff, United States of America.

2. The United States Marshal is directed to pay the eighty-four thousand, six hundred eighty-six dollars and eighty-eight cents ($84,686.88) to Bulls Eye Credit Union in accordance with terms of the Government's Stipulation with Bulls Eye Credit Union f/k/a Rapids Municipal Credit Union.

ORDERED this 26th day of May 2010.

WILLIAM M. CONLEY
United States District Court Judge